(54 Misc. 618)

## CHADWICK v. WALDORF STEAM LAUNDRY CO.

(Supreme Court, Appellate Term. June 6, 1907.)

CORPORATIONS—PLEADINGS—VERIFICATION.

Under Municipal Court Act, Laws 1902, p. 1541, c. 580, § 164, the answer of a domestic corporation in an action against it need not be verified by one of its officers.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 12, Corporations, §§ 2048, 2049.]

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Frances Chadwick against the Waldorf Steam Laundry Company. Judgment for plaintiff, and defendant appeals. Reversed.

Argued before GILDERSLEEVE, P. J., and FITZGERALD and GOFF, JJ.

Bernard H. Sandler, for appellant.

Alexander Lamont, for respondent.

PER CURIAM. The answer of defendant, a domestic corporation, was verified by the attorney; and the court below struck it out, and gave judgment for plaintiff upon the complaint, on the ground that section 164 of the Municipal Court act (Laws 1902, p. 1541, c. 580) required such verification of pleadings to be made by an officer of the corporation. Climax Specialty Co. v. Smith & Sons, 31 Misc. Rep. 275, 64 N. Y. Supp. 42, a decision of this court, is a direct authority to the contrary.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.